# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LITTLE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
and
STEVEN GRIERSON, CLERK OF THE
COURT; THE HONORABLE RUTH
KOLHOSS, JUSTICE OF THE PEACE,
JUSTICE COURT OF THE MOAPA
TOWNSHIP; AND CLERK OF THE
COURT, JUSTICE COURT MOAPA
TOWNSHIP,
Real Parties in Interest.

No. 69481

FILED

MAR 1 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus, writ of prohibition, writ of certiorari, and writ of coram nobis. Petitioner complains that the judgments of conviction in his misdemeanor cases are not file-stamped and the dates were fraudulently changed, and he seeks an order reversing the denial of his misdemeanor appeals and directing that his charges be dismissed. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; NRS

34.020; *see also Trujillo v. State*, 129 Nev. Adv., Op. 75, 310 P.3d 594 (2013). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Hardesty

_____ , J.
Saitta

_____ , J.
Pickering

cc:    Michael Thomas Little
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk